UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| DONNA B. BOKMA, and DANIEL SAMSIL, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>PERFORMANCE FOOD GROUP, INC.<br><br>*Defendant*. | Case No. 3:24-cv-00686 (DJN)<br><br>CLASS ACTION |

## NOTICE OF APPEARANCE

Defendant Performance Food Group, Inc. ("PFG"), hereby gives notice to the Court that **Heidi E. Siegmund (VSB No. 89569)**, a member in good standing of the bar of this Court and an attorney with the firm of McGuireWoods LLP, enters an appearance as counsel for PFG in the above-captioned matter.

Dated: April 3, 2025                                  Respectfully submitted,

*/s/ Heidi E. Siegmund*
Heidi E. Siegmund (VSB No. 89569)
**McGuireWoods LLP**
800 East Canal Street
Richmond, Virginia  23219
Telephone:   (804) 775-1049
Facsimile:    (804) 698-2315
hsiegmund@mcguirewoods.com
*Counsel for Defendant Performance Food Group, Inc.*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following registered filing users:

Christopher Williams
Oren Faircloth
David J. DiSabato
Siri & Glimstad LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
Telephone: 212-532-1091
Email: cwilliams@sirillp.com
Email: ofaircloth@sirillp.com
Email: ddisabato@sirillp.com
*Counsel for Plaintiff and the Proposed Class*

                                                */s/ Heidi E. Siegmund*
Heidi E. Siegmund (VSB No. 89569)
**McGuireWoods LLP**
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1049
Facsimile: (804) 698-2315
hsiegmund@mcguirewoods.com
*Counsel for Defendant Performance Food Group, Inc.*