UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| DONNA M. BOKMA and DANIEL SAMSIL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PERFORMANCE FOOD GROUP, INC.,<br><br>Defendant. | Civil Action No. 3:24-cv-00686-DJN |

### PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs Donna M. Bokma and Daniel Samsil, by counsel, respectfully submit this Notice of Supplemental Authority to advise the Court of the U.S. District Court for the Western District of Missouri's opinion in *Mehlberg et al. v. Compass Group USA, Inc.*, Case No. 24-cv-04179, Dkt. 41 (W.D. Mo. Apr. 15, 2025) (attached hereto as **Exhibit 1**).

Judge Bough, in *Mehlberg*, denied the defendant's motion to dismiss rejecting materially identical arguments to those raised here by Defendant. *See* Ex. 1. The court found the plaintiffs had standing (*id.*, 5–8), and that the plaintiffs adequately alleged that ERISA requires retroactive reimbursement of tobacco surcharges. *Id.*, 8–11. The court also found the plaintiffs had sufficiently alleged that the defendant acted as a fiduciary and engaged in prohibited transactions. *Id.*, 13–14.

Dated: April 24, 2025

**SIRI & GLIMSTAD LLP**

/s/ *Christopher Williams*
Christopher Williams
Oren Faircloth (*pro hac vice*)
Kimberly Dodson *(pro hac vice)*
745 Fifth Avenue, Suite 500

New York, New York 10151  
Tel: (929) 677-5181  
E: ofaircloth@sirillp.com  
E: kdodson@sirillp.com  

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on April 24, 2025, a true and correct copy of the foregoing Motion for Leave was filed with the Court by electronic filing protocols and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

/s/ Christopher Williams  
Christopher Williams