UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| DONNA B. BOKMA, on behalf of themselves and all others similarly situated,<br><br>              Plaintiff,<br><br>     vs.<br><br>PERFORMANCE FOOD GROUP, INC.,<br><br>              Defendant. | **Civil Action No.: 3:24-cv-00686(DJN)** |

## NOTICE OF EXECUTED SETTLEMENT AGREEMENT

Plaintiffs Donna B. Bokma and Daniel Samsil ("Plaintiffs), by counsel, respectfully submit this Notice of Executed Settlement Agreement to advise the Court that the parties have fully executed a final settlement agreement regarding the above-captioned matter (attached hereto as **Exhibit 1**).

Dated: October 20, 2025

Respectfully submitted,

*/s/ Christopher Williams*

**SIRI & GLIMSTAD LLP**
Christopher Williams
Oren Faircloth (*pro hac vice*)
David J. DiSabato (*pro hac vice*)
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: cwilliams@sirillp.com
E: ofaircloth@sirillp.com
E: ddisabato@sirillp.com

*Attorneys for Plaintiff and the Proposed Class*