UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| DONNA M. BOKMA and DANIEL SAMSIL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PERFORMANCE FOOD GROUP, INC.,<br><br>Defendant. | Civil Action No. 3:24-cv-00686-DJN |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF**
<u>**CLASS ACTION SETTLEMENT**</u>

Plaintiffs, Donna M. Bokma and Daniel Samsil, on behalf of themselves and the Class Members, respectfully move this Court for an Order granting preliminary approval of their Class Action Settlement Agreement with Defendant Performance Food Group, Inc., preliminarily certifying the Settlement Class, appointing Siri & Glimstad LLP as Class Counsel, approving the Settlement Notice, and scheduling a Final Approval Hearing. In support of this Motion, Plaintiffs rely on the Memorandum of Law filed herewith, the accompanying declaration of the named Plaintiffs' counsel, Oren Faircloth, Esq., along with the exhibits thereto.

Dated: November 6, 2025               Respectfully submitted,

/s/ *Oren Faircloth*
**SIRI & GLIMSTAD LLP**
Oren Faircloth (*pro hac vice*)
Christopher Williams
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: ofaircloth@sirillp.com
E: cwilliams@sirillp.com

*Attorneys for Plaintiffs and the Proposed Class*


/s/ Bret G. Daniel (with permission)
Bret G. Daniel (VSB #92189)
Heidi E. Siegmund (VSB #89569)
McGuireWoods LLP
800 E. Canal Street
Richmond, Virginia 23219
(804) 775-1049 (Telephone)
(804) 698-2315 (Facsimile)
bdaniel@mcguirewoods.com
hsiegmund@mcguirewoods.com

Counsel for Defendant Performance Food Group, Inc.